UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIAS INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 24-cv-4948 |
| v. | ) |
| | ) |
| THE INDIVIDUALS, | ) Judge Manish S. Shah |
| CORPORATIONS, LIMITED | ) |
| LIABILITY COMPANIES, | ) Magistrate Judge Young B. Kim |
| PARTNERSHIPS, AND | ) |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE A TO | ) |
| THE COMPLAINT, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendant:

| Defendant Seller Alias | DOE No. |
|---|---|
| Taphome | 19 |
| Bellast | 32 |
| FANDI HOMETEXTILE | 37 |
| JiaHui daily necessit | 44 |
| xinranjiaju | 60 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

| | |
|---|---|
| Date: July 18, 2024 | Respectfully submitted,<br><br>/s/ Keaton Smith<br>Keaton D. Smith<br>**WHITEWOOD LAW PLLC**<br>57 W. 57th Street<br>New York, New York 10019<br>Tel: (917) 858-8018<br>Email: ksmith@whitewoodlaw.com<br><br>*Counsel for Plaintiff* |