UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| FIAS INC., | ) |
| Plaintiff, | ) Civil Action No. 24-cv-4948 |
| v. | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) Judge Manish S. Shah ) ) Magistrate Judge Young B. Kim |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendant:

| Defendant Seller Alias | DOE No. |
|---|---|
| JYHYQ | 11 |
| Sunycler | 17 |
| yangshu us | 25 |
| Home decor door curtain | 41 |
| SMDIY | 52 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

| | |
|---|---|
| Date: July 26, 2024 | Respectfully submitted,<br><br>/s/ Keaton Smith<br>Keaton D. Smith<br>**WHITEWOOD LAW PLLC**<br>57 W. 57th Street<br>New York, New York 10019<br>Tel: (917) 858-8018<br>Email: ksmith@whitewoodlaw.com<br><br>*Counsel for Plaintiff* |